**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SHAWALI KHAN, | |
| **Petitioner,** | |
| v. | Civil Action No.  08-1101 (JDB) |
| BARACK OBAMA, et al., | |
| **Respondents.** | |

### ORDER

Pursuant to the status conference held in this case on April 8, 2009, it is hereby

**ORDERED** that respondents shall file a status report -- in writing and by not later than April 16, 2009 -- informing the Court whether the review process outlined in section 4(c)(1) of Executive Order 13,492, 74 Fed. Reg. 4897 (Jan. 22, 2009), is complete as to petitioner.  If so, then respondents shall further advise how long they estimate it would take to search the information gathered pursuant to the Executive Order for evidence regarding any bounties paid in petitioner's case -- either bounties for petitioner's apprehension or bounties for information about petitioner.

      **SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:    April 10, 2009